**FILED**

JAN 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company, DBA AT&T Mobility,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>CITY OF LOS ALTOS, a California municipal corporation,<br><br>    Defendant - Appellee. | No. 22-16432<br><br>D.C. No. 5:20-cv-00294-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The conference previously scheduled for January 31, 2024, is canceled.

On or before March 1, 2024, counsel is requested to contact the mediator (roxane_ashe@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

          FOR THE COURT:

          Roxane G. Ashe
vs/mediation          Circuit Mediator