RAYMOND P. BOLAÑOS (SBN 142069)
AT&T Services, Inc. Legal Dept.
430 Bush Street, 6th Floor
San Francisco, CA 94108
Phone: (415) 268-9491
Fax: (415) 543-0418
*rb2659@att.com*

MAYER BROWN LLP
ELSPETH V. HANSEN (SBN 292193)
Two Palo Alto Square #300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2043
Facsimile: (650) 331-2060
*ehansen@mayerbrown.com*

Attorneys for Plaintiff-Appellant
New Cingular Wireless PCS, LLC d/b/a AT&T Mobility

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, DBA AT&T Mobility, a Delaware limited liability company,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CITY OF LOS ALTOS, a California municipal corporation,<br><br>        Defendant-Appellee. | No. 22-16432<br><br>D.C. No. 5:20-cv-00294-EJD<br>Northern District of California,<br>San Jose<br><br>STIPULATED MOTION TO DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: February 2, 2024

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Elspeth V. Hansen*
Elspeth V. Hansen
Attorneys for Plaintiff-Appellant
New Cingular Wireless PCS, LLC

MEYERS NAVE

By: */s/ David Mehretu*
David Mehretu
Attorneys for Defendant-Appellee
City of Los Altos

# CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing motion complies with the typeface and type style requirements as set forth in Fed. R. App. P. 27(d), and that the foregoing motion contains 37 words, exclusive of the exempted portions of the document, and does not exceed 20 pages, as permitted by Fed. R. App. P. 27(d)(2) and Circuit Rule 27-1.

Dated: February 2, 2024

                                                Respectfully submitted,

                                                /s/ *Elspeth V. Hansen*
                                                Elspeth V. Hansen
                                                MAYER BROWN LLP
                                                Two Palo Alto Square, Suite 300
                                                3000 El Camino Real
                                                Palo Alto, CA 94306
                                                (650) 331-2000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2024, I filed the foregoing Stipulated Motion to Dismiss with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

/s/ *Elspeth V. Hansen*
Elspeth V. Hansen